COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:     Miguel Zaragoza Fuentes, et al. v. Evangelina Lopez Guzman Zaragoza

Appellate case number:   01-16-00251-CV

Trial court case number: 2014-30215

Trial court:             245th District Court of Harris County

Date motion filed:       March 29, 2017

Party filing motion:     Appellee


It is ordered that the motion for rehearing is **DENIED**.


Judge's signature: /s/ Jane Bland _____
                        Acting for the Court

Panel consists of Chief Justice Radack and Justices Higley and Bland

Date:  July 27, 2017 _____